**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6697**

---

TAMI GARNETT-TREADWELL,

                              Plaintiff - Appellant,

        versus

WILLIAM RHODES, in his individual capacity,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CA-95-1014)

---

Submitted: September 25, 1997          Decided: October 8, 1997

---

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Tami Garnett-Treadwell, Appellant Pro Se. Bruce Christopher Sams, Barbara Tuck Lovell, SAMS & HAWKINS, P.C., Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on her 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Garnett-Treadwell v. Rhodes, No. CA-95-1014 (E.D. Va. Apr. 4, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED